UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:12 CR 61 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| RICK HUNT, | ) ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on April 7, 2022, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Rick Hunt was present and represented by Attorney James Ranftl. The United States was represented by Assistant United States Attorney Michael Sullivan. The Pretrial Services and Probation Office was represented by Ashley Frank. The court reporter was Sue Trischan. The defendant admitted to supervised release violations as set forth on the record, and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision is revoked. Defendant is committed to the custody of the Bureau of Prisons for a period of five months, with credit for time served. A 30 month term of supervised release shall follow, with the same terms and conditions previously imposed. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 8, 2022