UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:12 CR 61 |
| Plaintiff | ) ) ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| RICK HUNT, | ) ) | |
| Defendant | ) | **ORDER** |

      This matter was before the court on June 7, 2023, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Rick Hunt was present and represented by Attorney James Ranftl. The United States was represented by Assistant United States Attorney Michael Sullivan. The Pretrial Services and Probation Office was represented by Adam Jones. The court reporter was Sarah Nageotte. The defendant admitted to the supervised release violations as set forth in the Violation Report dated April 14, 2023 at the initial hearing that was held on April 25, 2023 before Magistrate Judge Thomas M. Parker, who issued a Report and Recommendation, and before this court today as stated on the record. The court adopts the Report and Recommendation of Magistrate Judge Parker and finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision is revoked. Defendant is committed to the Bureau of Prisons for a period of six months, with credit for time served. No term of supervised release shall follow. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 9, 2023